**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Angel GUAJARDO, Defendant–**
**Appellant.**

No. 03–40019.

**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

James Lee Turner, Assistant US Attorney, Renata Ann Gowie, Assistant US Attorney, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Reynaldo Santos Cantu, Jr., Roland E. Dahlin, II, Federal Public Defender, Aurora Ruth Bearse, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Jose Angel Guajardo appeals from his guilty-plea conviction for possession with intent to distribute more than 500 grams of cocaine. Guajardo contends for the first time on appeal that 21 U.S.C. § 841 is unconstitutional in view of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Guajardo acknowledges that his argument is foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000), but he seeks to preserve his argument for further review. The judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.